

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00095-CV

PROSPER GASHUSHO, Appellant

§ On Appeal from County Court at Law No. 1

§ of Tarrant County (2024-007154-1)

V.

§ June 5, 2025

OMBENI-SAIDI IVONNE-JUMA,
Appellee

§ Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach